7/29 2PM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,

        Plaintiff,               ORDER OF REFERRAL

    - against -             CR-███████    (JG)

ANGELO GORDON

        Defendant.
------------------------------------X

Gleeson, J.

    The defendant, **Angelo Gordon**, having applied for permission to enter a plea of guilty, and having consented to have a United States Magistrate Judge hear the application, the Court refers the matter to Magistrate Judge **Pohorelsky** to administer the allocution pursuant to F.R. Crim., P, Rule 11, and to make (a) a finding as to whether the plea is knowingly and voluntarily made and not coerced, and (b) a recommendation as to whether the plea of guilty should be accepted.

    So as to facilitate the Court's review of the transcript of the plea before sentencing, the Court asks the Magistrate Judge to use the allocution drafted by the Court in taking a guilty plea.

                                    SO ORDERED:

                                    s/John Gleeson
                                  JOHN GLEESON, U.S.D.J.

Dated: Brooklyn, New York
       May 2, 2005

**CONSENTED TO:**

**DEFENDANT:** _____

**ATTORNEY FOR DEFENDANT:** _____