UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

ANGELO GORDON,

               Defendant.

- - - - - - - - - - - - - - - - - - - -X

O R D E R

05-CR-358 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.
★ DEC 22 2005 ★
BROOKLYN OFFICE

Upon the application of ROSLYNN R. MAUSKOPF, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Roger Burlingame, it is hereby

ORDERED that the indictment in the above-captioned case be unsealed.

Dated:    Brooklyn, New York
          December 19, 2005

                                  s/John Gleeson
                                  UNITED STATES DISTRICT JUDGE
                                  EASTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

ANGELO GORDON,

                Defendant.

- - - - - - - - - - - - - - - - - X

A P P L I C A T I O N

05-CR-358 (JG)

The government respectfully moves to unseal the indictment in the above-captioned case.

Dated:    Brooklyn, New York
          December 19, 2005

                        ROSLYNN R. MAUSKOPF
                        United States Attorney

By: _____
       Roger Burlingame
       Assistant U.S. Attorney
       (718) 254-6422